JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SOPHIE KAZARIAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COASTAL HEART, INC. a California corporation; ANIL ASHAKNIN a/k/a ANIL SHAH, an individual; and DOES 1 - 100, inclusive; <br><br> Defendants. | Case No. 8:21-cv-00993 JLS(ADSx) <br><br> **ORDER GRANTING STIPULATION TO AMEND COMPLAINT AND TO REMAND CASE** |

# ORDER

On June 25, 2021, the Parties to the above-referenced action filed a Joint Stipulation for Filing of Second Amended Complaint Dismissing the Federal Claim and Requesting Remand. The Court having reviewed that stipulation orders as follows:

1. Plaintiff shall file her Second Amended Complaint within three days of the date of this order; and

2. Upon the filing of the Second Amended Complaint, the Clerk shall remand the above-captioned matter to Orange County Superior Court, 30-02020-01171132-CU-WT-CJC

IT IS SO ORDERED.

DATED: July 02, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE